IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANKLIN COLON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GERALD ROZUM, et al. | : | NO. 11-3921 |

ORDER

AND NOW, this 7th day of January 2014, upon consideration of petitioner Colon's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (docket entry # 1), Colon's amended petition (docket entry # 12), defendants' response, Colon's brief and exhibits, Judge Caracappa's October 31, 2013 Report and Recommendation, and Colon's supplement to his habeas corpus petition and objections to that Report and Recommendation (docket entries ## 23 and 24), and based on the analysis set forth in the accompanying Memorandum, it is hereby ORDERED  that:

       1.     The Report and Recommendation is ADOPTED IN PART and APPROVED IN PART, consistent with the accompanying Memorandum;

       2.     Petitioner's objections to the Report and Recommendation are OVERRULED IN PART and SUSTAINED IN PART;

       3.     The petition for a writ of habeas corpus is GRANTED, and the Commonwealth of Pennsylvania shall either RELEASE or RETRY petitioner within 120 days of

entry of this Order; and

        4.        The Clerk of Court shall CLOSE this case statistically.

                            BY THE COURT:

                            _/s/ Stewart Dalzell, J._
                            Stewart Dalzell, J.